Bartley L. Becker (SBN 70109)
becker@lbbslaw.com
Paula C. Greenspan (SBN 166332)
greenspan@lbbslaw.com
**LEWIS, BRISBOIS, BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213-250-1800
Fax: 213-250-7900

Robert J. Lenihan, II (*pro hac vice*)
rjlenihan@hdp.com
Gregory A. Stobbs (*pro hac vice*)
stobbs@hdp.com
David P. Utykanski (*pro hac vice*)
davidu@hdp.com
Brent G. Seitz (*pro hac vice*)
bseitz@hdp.com
Allen E. Pittoors (*pro hac vice*)
apittoors@hdp.com
**HARNESS, DICKEY & PIERCE, P.L.C.**
5445 Corporate Drive, Suite 200
Troy, Michigan 48098
Telephone: 248-641-1600
Fax: 248-641-0270

Attorneys for Plaintiffs DENSO CORPORATION and
DENSO INTERNATIONAL AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENSO CORPORATION and DENSO INTERNATIONAL AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., <br><br> Defendant. | Case No. CV 07-6459 CAS (MANx) <br><br> [Assigned to the Honorable Christina A. Snyder] <br><br> [~~PROPOSED~~] **SUPPLEMENTAL PROTECTIVE ORDER RE COMPUTER SOURCE CODE** |

C:\DOCUME~1\mestrada\LOCALS~1\Temp\XPgrpwise\DENSO SUP PROTECTIVE ORDER.doc

1

SUPPLEMENTAL PROTECTIVE ORDER RE COMPUTER SOURCE CODE

## I. SUPPLEMENTAL PROTECTIVE ORDER RE COMPUTER SOURCE CODE

The following order is supplemental to the Protective Order entered in this case on April 14, 2008. [Docket 70]. This Supplemental Protective Order shall govern the production or provision of computer source code by the parties in this case and any third parties (provided such third parties recognize and accept the procedures herein) for the purpose of responding to discovery requests or inquiries (to include but not be limited to interrogatories, requests for document production, requests for admissions, responses to subpoenas duces tecum, and deposition transcripts) and preparation for trial. Pursuant to this order, the parties or third parties have the power to designate, in good faith and not as a mechanism to inhibit or complicate discovery, certain information as "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE."

### Supplement to Definitions

1. The definition of "Confidential Information" as provided in the Protective Order [Doc. 70 at 3] is hereby supplemented to specifically include information which is designated by the Producing Party as "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE."

### RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE - Designation

2. All documents and things, information disclosed at a deposition

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

of a party or third party, including one of its present or former officers, directors, employees, agents, or independent experts retained by a party for purposes of this proceeding (including the resulting deposition transcripts and exhibits), or other information produced or disclosed by a party or a third party, containing computer source code may be designated as "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE."

Provisions Applicable To Information Designated RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE

3. All such information designated as "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE," and any corresponding complete or partial copies, summaries, digests, analyses, reports, etc., shall be used solely in connection with this action and shall not be disclosed, except as expressly permitted herein.

4. Except as otherwise agreed to by the parties, or ordered by the Court, disclosure of information designated as RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE may be made only to the following "Authorized Persons:"

(a) "Qualified Persons" identified at paragraphs 4(a), (d), (e), (f), (g) and (h) of the Protective Order [Doc. 70 at 3-5]; and

(b) Expert(s) hired by a party or its attorneys of record in this proceeding, including testifying experts, investigators, and consulting experts, each of whom is not a competitor, employed by a competitor, or an

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

1 agent of a competitor of the Producing Party, and who is not employed by or
2 associated with either party (other than for purposes of this litigation), and
3 who agrees in writing to be bound by the terms of the Protective Order [Doc.
4 70] and this Supplemental Protective Order.  Each of these persons must
5 complete and sign a Confidentiality Statement in the form of Exhibit A,
6 attached to the Protective Order [Doc. 70].  The requirements of paragraph
7 13 of the Protective Order [Doc. 70 at 8-9] shall apply to such persons.

9     5. Due to the extremely confidential and particularly sensitive
10 nature of computer source code, the parties expressly intend to limit the
11 reproduction of, and access to, information designated "RESTRICTED –
12 FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE" and
13 require the following additional procedures for information designated
14 "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER
15 SOURCE CODE."

17     (a) Information designated "RESTRICTED – FOR TRIAL
18 COUNSEL ONLY – COMPUTER SOURCE CODE" shall be produced in
19 its native electronic form.  Information designated "RESTRICTED – FOR
20 TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE" produced in
21 electronic form shall not be intermixed on a media used for production (e.g.,
22 a CD or DVD) with information that are not designated "RESTRICTED –
23 FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE."

25     (b) Because of the highly sensitive nature of information
26 designated "RESTRICTED – FOR TRIAL COUNSEL ONLY –
27 COMPUTER SOURCE CODE" and because of the ease with which
28 electronic media may be copied, transported, or stolen, information

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

designated "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE" may not be copied or stored by any Authorized Person, except as expressly permitted herein.

(c) When a Producing Party produces information designated "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE" on electronic media (e.g., hard disk drive, diskettes, CD-ROM, DVD-ROM, PC card, flash media, etc.), no copies of such information may be made onto any other electronic media, including without limitation, hard disk drives, diskettes, CD-ROM, DVD-ROM, PC card, flash media, etc., or network servers; except, a Receiving Party may store information designated "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE" on a single "standalone" computer that is accessible only by Authorized Persons.  The standalone computer shall not be connected to a network (wired or wireless) during the time that any information designated "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE" from a Producing Party is stored thereon. Typically this only requires that the computer's network cable be unplugged or in the case of wireless networks, that the wireless access card be removed or otherwise disabled.  When the standalone computer is not being used, it shall be locked in a room or file cabinet accessible only by Authorized Persons.

(d) The standalone computer shall be transported only in the immediate possession of an Authorized Person to depositions, to hearings in Los Angeles, California, between offices of the counsel of a Receiving Party, or between the offices of the counsel of a Receiving Party and the offices of an Authorized Persons provided for at paragraph 4(b).  In transit,

1  the standalone computer may be kept at the domicile or hotel room of the
2  Authorized Person transporting the standalone computer. Information
3  designated "RESTRICTED – FOR TRIAL COUNSEL ONLY –
4  COMPUTER SOURCE CODE" may not be transported to any facility of a
5  Receiving Party (i.e., a Honeywell facility or a DENSO facility, as the case
6  may be).

8  (e)  At the time an Authorized Person uses a computer to view,
9  analyze or otherwise use a Producing Party's information designated
10  "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER
11  SOURCE CODE," that computer must remain within the direct control of
12  that Authorized Person.

14  (f)  The Receiving Party may excerpt portions of the information
15  designated "RESTRICTED – FOR TRIAL COUNSEL ONLY –
16  COMPUTER SOURCE CODE" onto paper or electronic media (such as into
17  an electronically stored brief) solely for the purpose of analysis, the purpose
18  of creating submissions to the Court, or for presentation at hearings or at
19  trial, but only if the following provisions are satisfied.

21  (i)  The number of pages of the information designated
22  "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER
23  SOURCE CODE" excerpted onto paper may not, in the aggregate, exceed
24  five hundred (500) pages, unless otherwise permitted by a prior order of the
25  Court, or unless otherwise permitted by the prior written authorization of the
26  Producing Party's counsel. The aggregate number of pages copied onto
27  paper can be kept below 500 pages by shredding pages already printed. Any
28  and all such excerpted information shall be prominently marked

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

1
2  "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER
3  SOURCE CODE."
4
5      (ii)   Absent prior order from the Court, or unless otherwise
6  permitted by the prior written authorization of the Producing Party's
7  counsel, not more than fifty (50) pages of the information designated
8  "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER
9  SOURCE CODE" may be copied electronically into a brief for submission
10 to the Court, or otherwise for presentation at a hearing.  The parties
11 recognize, however, that the Receiving Party might consider it necessary in
12 certain situations to copy more than fifty (50) pages of source code into a
13 submission to the Court or for presentation at a hearing.  If the Receiving
14 Party requests to use more than fifty (50) pages of "RESTRICTED – FOR
15 TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE" information
16 in a submission to the Court or at a hearing, the Producing Party's counsel
17 will reasonably consider such request, and likewise, the Receiving Party will
18 not seek to present a printed copy of such information in its entirety.  In the
19 event that such brief or presentation is stored electronically on a computer
20 network, it shall be password protected so as to limit access only to
21 Authorized Persons.
22
23     (iii)   The Receiving Party seeking to use excerpted portions of the
24 information designated "RESTRICTED – FOR TRIAL COUNSEL ONLY –
25 COMPUTER SOURCE CODE" for the purpose of creating submissions to
26 the Court, or for presentation at hearings or at trial, shall first seek an order
27 from the Court to file the documents under seal, pursuant to Local Civil Rule
28 79-5, or any other appropriate order to protect the information.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

C:\DOCUME~1\mestrada\LOCALS~1\Temp\XPgrpwise\DENSO SUP PROTECTIVE ORDER.doc      7

SUPPLEMENTAL PROTECTIVE ORDER RE COMPUTER SOURCE CODE

g. Information designated "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE," including complete or partial copies, summaries, digests, analyses and reports (to the extent that those analyses and reports include any complete or partial copies, summaries, or digests) of the information, may not be transported or transmitted electronically over a network of any kind, including over a local area network (LAN), an intranet or the Internet.  This restriction shall also apply to the transport of excerpted information designated "RESTRICTED – FOR TRIAL COUNSEL ONLY – COMPUTER SOURCE CODE" except that excerpts inserted into documents prepared by a party's counsel or at his or her direction (such as briefs and expert reports) may be stored on a server maintained by counsel and made available over a LAN as long as the documents in which such excerpts have been inserted are password protected.

h. This Order shall be entered without prejudice to the right of any person to apply to the Court for such further protective orders under the provisions of the Federal Rules of Civil Procedure as justice may require.

/ / /

/ / /

/ / /

/ / /

/ / /

C:\DOCUME~1\mestrada\LOCALS~1\Temp\XPgrpwise\DENSO SUP PROTECTIVE ORDER.doc

8

SUPPLEMENTAL PROTECTIVE ORDER RE COMPUTER SOURCE CODE

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

APPROVED FOR ENTRY:

By signing this Supplemental Protective Order, all counsel of record hereto warrant that they are authorized by their respective clients to sign on behalf of and to bind that client to the terms hereof.

DATED: June 20, 2008

                    /s/ Paula C. Greenspan
                    Attorneys for Plaintiffs

DATED: June 20 2008

                    /s/ J. Scott Culpepper
                    Attorneys for Defendant

## ~~[PROPOSED]~~ ORDER

Pursuant to Stipulation, it is so ORDERED.

Dated: June 30, 2008

                    _____/s/_____
                    MARGARET A. NAGLE
                    United States Magistrate Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

C:\DOCUME~1\mestrada\LOCALS~1\Temp\XPgrpwise\DENSO SUP PROTECTIVE ORDER.doc

9

SUPPLEMENTAL PROTECTIVE ORDER RE COMPUTER SOURCE CODE

# PROOF OF SERVICE

On June 20, 2008, I electronically filed **[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER RE COMPUTER SOURCE CODE** with the Clerk of the Court using the CM/ECF which will automatically send email notifications of such filing to the following attorneys of record:

**Martin R. Lueck**
**Robert J. Gilbertson**
**ROBINS, KAPLAN, MILLER & CIRESI**
**2800 LaSalle Plaza – 800 LaSalle Avenue**
**Minneapolis, MN**

**J. Scott Culpepper**
**Anna R. Carr**
**ROBINS, KAPLAN, MILLER & CIRESI**
**2600 One Atlanta Plaza**
**950 east Paces Ferry Road, N.E.**
**Atlanta, Georgia  30326-1386**

**Roman M. Silberfeld**
**David Martinez**
**ROBINS, KAPLAN, MILLER & CIRESI**
**2049 Century Park East, Suite 3400**
**Los Angeles, CA  90067-0130**

Executed on July 2, 2008.

/s/ Maritza Estrada

C:\DOCUME~1\mestrada\LOCALS~1\Temp\XPgrpwise\DENSO SUP PROTECTIVE ORDER.doc

10

SUPPLEMENTAL PROTECTIVE ORDER RE COMPUTER SOURCE CODE